**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Mario MARIN–PALAFOX,**
**Defendant—Appellant.**

No. 07–50053.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 13, 2007 *.

Filed Nov. 26, 2007.

USSD—Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Alex Landon, Esq., San Diego, CA, for Defendant–Appellant.

Before: TROTT, W. FLETCHER, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Mario Marin–Palafox appeals from the 70–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm the sentence and remand to correct the judgment.

We reject Marin–Palafox's contention that disparity between his non-fast-track sentence and the fast-track sentences imposed on other defendants in the Southern District of California rendered his sentence unreasonable. *See United States v. Marcial–Santiago,* 447 F.3d 715, 718–19 (9th Cir.2006) (concluding that the disparity between fast-track sentences and non-fast-track sentences is not unwarranted). We conclude that Marin–Palafox's sentence was not unreasonable. *See United States v. Plouffe,* 445 F.3d 1126, 1131–32 (9th Cir.), *cert. denied,* 547 U.S. 1158, 126 S.Ct. 2314, 164 L.Ed.2d 832 (2006).

In accordance with *United States v. Rivera–Sanchez,* 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

the judgment the incorrect reference to § 1326(b). *See United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir.2000) (remanding sua sponte to delete the reference to § 1326(b)).

**AFFIRMED; REMANDED with instructions to correct the judgment.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.